

**AVI FOODSYSTEMS**
THE FAMILY DIFFERENCE IN HOSPITALITY SERVICES

2590 Elm Road NE • Warren, OH 44483
330.372.6000



Period Beginning: 01/16/2022
Period Ending: 01/22/2022
Pay Date: 01/28/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

STEPHEN PACITTI
114 SUZETTE DR. APT. 6
CHEEKTOWAGA NY 14227

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 19.17 | 277.97 | 277.97 |
| Gross Pay | | | $277.97 | 277.97 |

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| FPS | 966309 | 999948 | BUFFA | 0065267672 | 1 |

**Team Member Message Center**

TO

# Earnings Statement

ENSURE ACCURACY. VISIT MYADP.COM TO MAKE CHANGES TO YOUR PERSONAL INFORMATION.

| Deductions Statutory | | |
|---|---|---|
| Federal Income Tax | -2.89 | 2.89 |
| Social Security Tax | -17.23 | 17.23 |
| Medicare Tax | -4.03 | 4.03 |
| NY State Income Tax | -5.43 | 5.43 |
| NY Paid Family Leave Ins | -1.42 | 1.42 |
| Net Pay | $246.97 | |
| Net Check | $246.97 | |

INCLUDING ADDRESS, ON YOUR PAY STATEMENT

RECOGNIZE OUR HOSPITALITY HEROES AT

AVISERVES.COM/HOSPITALITY

Your federal taxable wages this period are $277.97

**Additional Tax Withholding Information**
Taxable Marital Status:
NY: Single
Exemptions/Allowances:
NY: 0




AVI FOODSYSTEMS®
THE FAMILY DIFFERENCE IN HOSPITALITY SERVICES

2590 Elm Road NE • Warren, OH 44483
330.372.6000

| | |
|---|---|
| Period Beginning: | 01/23/2022 |
| Period Ending: | 01/29/2022 |
| Pay Date: | 02/04/2022 |

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

STEPHEN PACITTI
114 SUZETTE DR.
CHEEKTOWAGA  NY  14227

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 36.45 | 528.53 | 806.50 |
| Gross Pay | | | $528.53 | 806.50 |

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| FPS | 966309 | 999948 | BUFFA | 0065268464 | 1 |

**Deposits**

| | |
|---|---|
| Account No· | xxxxxx5607 |
| Transit/ABA | xxxx xxxx |
| Pending | |

**Earnings Statement**

**Deductions**

Statutory
Social Security Tax    -3277         50 00
Medicare Tax    -766    1169
Income Tax    -1788    2331

**Important Notes**

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT NY State
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.



AVI FOODSYSTEMS®
THE FAMILY DIFFERENCE IN HOSPITALITY SERVICES

2590 Elm Road NE • Warren, OH 44483
330.372.6000

Pay to the order of:  STEPHEN  PACITTI

This amount:  FOUR HUNDRED SIXTY SEVEN AND 52/100 DOLLARS

ASSISTANCE  VOID VERIFY NON-NEGOTIABLE  VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

FPS                    1-2/210
Payroll check number: 0065268464
Pay date:             02/04/2022

$467.52

THIS IS NOT A CHECK



CHASE
162 Fifth Ave
New York, NY 10010

Case 1-22-10255-CLB, Doc 3, Filed 03/25/22, Entered 03/25/22 14:19:15, Description: Main Document , Page 2 of 12

 

```
CO.    FILE.    DEPT.     CLOCK    VCHR. NO.
FPS    966309   999948    BUFFA    0000060602    1
```



**AVI FOODSYSTEMS**
THE FAMILY DIFFERENCE IN HOSPITALITY SERVICES

2590 Elm Road NE • Warren, OH 44483
330.372.6000

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table

# Earnings Statement 

Period Beginning:  01/30/2022
Period Ending:     02/05/2022
Pay Date:          02/11/2022

STEPHEN PACITTI
114 SUZETTE DR.
CHEEKTOWAGA  NY  14227

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 8.57 | 124.27 | 930.77 |
| Gross Pay | | | $124.27 | 930.77 |

**Team Member Message Center**

RECOGNIZE OUR HOSPITALITY HEROES AT
AVISERVES.COM/HOSPITALITY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -771 | 5771 |
| | Medicare Tax | -181 | 1350 |
| | NY Paid Family Leave Ins | -064 | 476 |
| | Federal Income Tax | | 289 |
| | NY State Income Tax | | 2331 |

| Net Pay | $114.11 | |
|---|---|---|
| Checking Acct 1 | -11411 | 11411 |
| Net Check | $0.00 | |

Your federal taxable wages this period are $12427

**Additional Tax Withholding Information**
Taxable Marital Status:
NY:          Married
 Exemptions/Allowances:
NY:          0

**Team Member Message Center**

HOSPITALITY TRAINING: HOSPITALITY HEROES

COMMUNICATE EFFECTIVELY AND EFFICIENTLY WITH
OTHERS BY ENGAGING IN ACTIVE LISTENING.

©2000 ADP, LLC




AVI FOODSYSTEMS
THE FAMILY DIFFERENCE IN HOSPITALITY SERVICES

2590 Elm Road NE • Warren, OH 44483
330.372.6000

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FPS | 966309 | 999948 | BUFFA | 0000080611 | 1 |

# Earnings Statement



Period Beginning: 02/13/2022
Period Ending: 02/19/2022
Pay Date: 02/25/2022

STEPHEN PACITTI
114 SUZETTE DR.
CHEEKTOWAGA NY 14227

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 35.65 | 516.93 | 1,447.70 |
| Gross Pay | | | $516.93 | 1,447.70 |

### Deductions

| Statutory | this period | year to date |
|---|---|---|
| Social Security Tax | -3205 | 8976 |
| Medicare Tax | -749 | 2099 |
| NY State Income Tax | -1720 | 4051 |
| NY Paid Family Leave Ins | -264 | 740 |
| Federal Income Tax | | 289 |
| **Net Pay** | **$457.55** | |
| Checking Acct 1 | -45755 | 57166 |
| **Net Check** | **$0.00** | |

### Team Member Message Center

RECOGNIZE OUR HOSPITALITY HEROES AT
AVISERVES.COM/HOSPITALITY

Your federal taxable wages this period are $51693

### Additional Tax Withholding Information

Taxable  Marital Status:
NY:        Married
 Exemptions/Allowances:
NY:        0

### Team Member Message Center

HOSPITALITY  TRAINING:  HOSPITALITY  HEROES

COMMUNICATE  EFFECTIVELY  AND  EFFICIENTLY  WITH
OTHERS BY ENGAGING IN ACTIVE LISTENING.

©2000 ADP, LLC

Case 1-22-10255-CLB, Doc 3, Filed 03/25/22, Entered 03/25/22 14:19:15,
Description: Main Document, Page 4 of 12

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FPS | 966309 | 999948 | BUFFA | 0000090607 | 1 |



2590 Elm Road NE · Warren, OH 44483
330.372.6000

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Optional Higher Withholding Table

# Earnings Statement 

Period Beginning: 02/20/2022
Period Ending: 02/26/2022
Pay Date: 03/04/2022

STEPHEN PACITTI
114 SUZETTE DR.
CHEEKTOWAGA NY 14227

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 34.83 | 505.04 | 1,952.74 |
| Gross Pay | | | $505.04 | 1,952.74 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -31.31 | 121.07 |
| | Medicare Tax | -7.32 | 28.31 |
| | NY State Income Tax | -16.50 | 57.01 |
| | NY Paid Family Leave Ins | -2.58 | 9.98 |
| | Federal Income Tax | | 2.89 |
| | Net Pay | $447.33 | |
| | Checking Acct 1 | -447.33 | 1,018.99 |
| | Net Check | $0.00 | |

**Team Member Message Center**

RECOGNIZE OUR HOSPITALITY HEROES AT
AVISERVES.COM/HOSPITALITY

Your federal taxable wages this period are $505.04

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:        Married
Exemptions/Allowances:
  NY:        0

**Team Member Message Center**

HOSPITALITY TRAINING: HOSPITALITY HEROES

SHOW YOUR PASSION IN YOUR WORK BY GOING THE
EXTRA MILE FOR YOUR GUEST.

© 2000 ADP, LLC



2590 Elm Road NE · Warren, OH 44483
330.372.6000

Deposited to the account of
STEPHEN PACITTI

Advice number: 00000090607
Pay date: 03/04/2022

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5607 | xxxx xxxx | $447.33 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Case 1-22-10255-CLB, Doc 3, Filed 03/25/22, Entered 03/25/22 14:19:15,
Description: Main Document , Page 5 of 12

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FPS | 966309 | 999948 | BUFFA | 0000100603 | 1 |



**AVI FOODSYSTEMS**
THE FAMILY DIFFERENCE IN HOSPITALITY SERVICES

2590 Elm Road NE • Warren, OH 44483
330.372.6000

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Optional Higher Withholding Table

# Earnings Statement

Period Beginning: 02/27/2022
Period Ending: 03/05/2022
Pay Date: 03/11/2022

STEPHEN PACITTI
114 SUZETTE DR.
CHEEKTOWAGA NY 14227

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 33.12 | 480.24 | 2,432.98 |
| **Gross Pay** | | | **$480.24** | 2,432.98 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -29.77 | 150.84 |
| | Medicare Tax | -6.97 | 35.28 |
| | NY State Income Tax | -15.05 | 72.06 |
| | NY Paid Family Leave Ins | -2.45 | 12.43 |
| | Federal Income Tax | | 2.89 |
| | **Net Pay** | **$426.00** | |
| | Checking Acct 1 | -426.00 | 1,444.99 |
| | **Net Check** | **$0.00** | |

**Team Member Message Center**

RECOGNIZE OUR HOSPITALITY HEROES AT
AVISERVES.COM/HOSPITALITY

Your federal taxable wages this period are $480.24

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY: Married
Exemptions/Allowances:
  NY: 0

**Team Member Message Center**

HOSPITALITY TRAINING: HOSPITALITY HEROES

SHOW YOUR PASSION IN YOUR WORK BY GOING THE
EXTRA MILE FOR YOUR GUEST.

© 2000 ADP, LLC



**AVI FOODSYSTEMS**
THE FAMILY DIFFERENCE IN HOSPITALITY SERVICES

2590 Elm Road NE • Warren, OH 44483
330.372.6000

Deposited to the account of
**STEPHEN PACITTI**

Advice number: 00000100603
Pay date: 03/11/2022

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5607 | xxxx xxxx | $426.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



**AVI FOODSYSTEMS**
THE FAMILY DIFFERENCE IN HOSPITALITY SERVICES

2590 Elm Road NE · Warren, OH 44483
330.372.6000

# Earnings Statement 

Period Beginning: 03/06/2022
Period Ending: 03/12/2022
Pay Date: 03/18/2022

| CO. FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|
| FPS 966309 | 999948 | BUFFA | 0000110607 | 1 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table

STEPHEN PACITTI
114 SUZETTE DR.
CHEEKTOWAGA NY 14227

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 39.58 | 573.91 | 3,006.89 |
| **Gross Pay** | | | **$573.91** | 3,006.89 |

**Team Member Message Center**

RECOGNIZE OUR HOSPITALITY HEROES AT AVISERVES.COM/HOSPITALITY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -35.59 | 186.43 |
| | Medicare Tax | -8.32 | 43.60 |
| | NY State Income Tax | -20.53 | 92.59 |
| | NY Paid Family Leave Ins | -2.93 | 15.36 |
| | Federal Income Tax | | 2.89 |
| | **Net Pay** | **$506.54** | |
| | Checking Acct 1 | -506.54 | 1,951.53 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $573.91

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:          Married
Exemptions/Allowances:
  NY:          0

**Team Member Message Center**

BE ONE OF OUR HOSPITALITY HEROES: REMAIN

POSITIVE EVEN WHEN OTHERS ARE NEGATIVE.
ALWAYS LOOK FOR A SOLUTION, NOT A PROBLEM.

© 2000 ADP, LLC



**AVI FOODSYSTEMS**
THE FAMILY DIFFERENCE IN HOSPITALITY SERVICES

2590 Elm Road NE · Warren, OH 44483
330.372.6000

Deposited to the account of
STEPHEN PACITTI

Advice number: 00000110607
Pay date: 03/18/2022

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5607 | xxxx xxxx | $506.54 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

SEQ 000484

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / KL2 20931933 | 01/ | 6826756 | 1 of 1 |

MARK E SWETZ MD P C
3065 South Western Blvd
Ste 206
Orchard Park, NY 14127

# Earnings Statement

**ADP**

Period Starting: 01/16/2022
Period Ending: 01/29/2022
Pay Date: 02/03/2022

Business Phone: 716-674-1414

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0      Federal:
  State: 0        State:
  Local: 0        Local:
Social Security Number: XXX-XX-XXXX

**DENISE PACITTI**
**114 SUZETTE DRIVE**
**CHEEKTOWAGA, NY 14227**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1360.00 | 3638.00 |
| Overtime | 25.5000 | 1.50 | 38.25 | 51.00 |
| Vacation | | | 0.00 | 408.00 |
| **Gross Pay** | | | **$1,398.25** | **$4,097.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -134.78 | 392.95 |
| Social Security | -86.69 | 254.01 |
| Medicare | -20.28 | 59.41 |
| New York State Income | -54.50 | 157.95 |
| New York Paid Family Leave | -7.15 | 20.94 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 3.60 |
| *SIMPLE IRA % | -41.94 | 122.90 |

**Net Pay**     **$1,051.71**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *SIMPLE IRA % employer | 41.94 | 122.90 |
| Total Hours Worked | 81.50 | 216.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5607 | XXXXXXXXX | 1051.71 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,356.31
* Excluded from Federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MARK E SWETZ MD P C
3065 South Western Blvd
Ste 206
Orchard Park, NY 14127

Pay Date: 02/03/2022

**THIS IS NOT A CHECK**

Deposited to the account
Savings DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5607 | XXXXXXXXX | 1051.71 |

DENISE PACITTI
114 SUZETTE DRIVE
CHEEKTOWAGA, NY 14227

MARK E SWETZ MD P C
3065 South Western Blvd
Ste 206
Orchard Park, NY 14127

# Earnings Statement

ADP

Period Starting: 01/16/2022
Period Ending: 01/29/2022
Pay Date: 02/03/2022

Business Phone: 716-674-1414

Taxable Marital Status: Single
Exemptions/Allowances: | Tax Override:
  Federal: 0 | Federal:
  State: 0 | State:
  Local: 0 | Local:
Social Security Number: XXX-XX-XXXX

**DENISE PACITTI**
**114 SUZETTE DRIVE**
**CHEEKTOWAGA, NY 14227**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1360.00 | 3638.00 |
| Overtime | 25.5000 | 1.50 | 38.25 | 51.00 |
| Vacation | | | 0.00 | 408.00 |
| **Gross Pay** | | | **$1,398.25** | **$4,097.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -134.78 | 392.95 |
| Social Security | -86.69 | 254.01 |
| Medicare | -20.28 | 59.41 |
| New York State Income | -54.50 | 157.95 |
| New York Paid Family Leave | -7.15 | 20.94 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 3.60 |
| *SIMPLE IRA % | -41.94 | 122.90 |

| **Net Pay** | | **$1,051.71** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *SIMPLE IRA % employer | 41.94 | 122.90 |
| Total Hours Worked | 81.50 | 216.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5607 | XXXXXXXXX | 1051.71 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,356.31
* Excluded from Federal taxable wages

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MARK E SWETZ MD P C
3065 South Western Blvd
Ste 206
Orchard Park, NY 14127

Pay Date: 02/03/2022

**THIS IS NOT A CHECK**

Deposited to the account
Savings DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5607 | XXXXXXXXX | 1051.71 |

DENISE PACITTI
114 SUZETTE DRIVE
CHEEKTOWAGA, NY 14227

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

SEQ 000075
Company Code   Loc/Dept   Number   Page
RL / KL2 20931933   01/   6849719   1 of 1
MARK E SWETZ MD P C
3065 South Western Blvd
Ste 206
Orchard Park, NY 14127

# Earnings Statement

**ADP**

Period Starting: 01/30/2022
Period Ending: 02/12/2022
Pay Date: 02/17/2022

Business Phone: 716-674-1414

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 0      Federal:
  State: 0        State:
  Local: 0        Local:
Social Security Number: XXX-XX-XXXX

**DENISE PACITTI**
**114 SUZETTE DRIVE**
**CHEEKTOWAGA, NY 14227**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 79.00 | 1343.00 | 4981.00 |
| Overtime | 25.5000 | 0.50 | 12.75 | 63.75 |
| Vacation | | | 0.00 | 408.00 |
| **Gross Pay** | | | **$1,355.75** | **$5,452.75** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -129.83 | 522.78 |
| Social Security | -84.06 | 338.07 |
| Medicare | -19.65 | 79.06 |
| New York State Income | -52.08 | 210.03 |
| New York Paid Family Leave | -6.93 | 27.87 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 4.80 |
| *SIMPLE IRA % | -40.67 | 163.57 |

**Net Pay**   **$1,021.33**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *SIMPLE IRA % employer | 40.67 | 163.57 |
| Total Hours Worked | 79.50 | 295.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5607 | XXXXXXXXX | 1021.33 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,315.08
* Excluded from Federal taxable wages

©1998, 2006, ADP, Inc. All Rights Reserved
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
THIS IS NOT A CHECK
THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL... WHEN CHECKING THE ENDORSEMENT.

MARK E SWETZ MD P C
3065 South Western Blvd
Ste 206
Orchard Park, NY 14127

Pay Date: 02/17/2022

Deposited to the account
Savings DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5607 | XXXXXXXXX | 1021.33 |

DENISE PACITTI
114 SUZETTE DRIVE
CHEEKTOWAGA, NY 14227

SEQ 000243
Company Code    Loc/Dept    Number    Page
RL / KL2 20931933   01/    6872913   1 of 1
MARK E SWETZ MD P C
3065 South Western Blvd
Ste 206
Orchard Park, NY 14127

# Earnings Statement

**ADP**

Period Starting: 02/13/2022
Period Ending: 02/26/2022
Pay Date: 03/03/2022

Business Phone: 716-674-1414

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal:  0          Federal:
  State:    0          State:
  Local:    0          Local:
Social Security Number: XXX-XX-XXXX

**DENISE PACITTI**
**114 SUZETTE DRIVE**
**CHEEKTOWAGA, NY 14227**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 38.00 | 646.00 | 5627.00 |
| Overtime | | | 0.00 | 63.75 |
| Vacation | | | 0.00 | 408.00 |
| Sick | 17.0000 | 40.00 | 680.00 | 680.00 |
| **Gross Pay** | | | **$1,326.00** | **$6,778.75** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -126.37 | 649.15 |
| Social Security | -82.21 | 420.28 |
| Medicare | -19.23 | 98.29 |
| New York State Income | -50.40 | 260.43 |
| New York Paid Family Leave | -6.78 | 34.65 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 6.00 |
| *SIMPLE IRA % | -39.78 | 203.35 |

| **Net Pay** | **$1,000.03** | |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *SIMPLE IRA % employer | 39.78 | 203.35 |
| Total Hours Worked | 38.00 | 333.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5607 | XXXXXXXXX | 1000.03 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,286.22
* Excluded from Federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MARK E SWETZ MD P C
3065 South Western Blvd
Ste 206
Orchard Park, NY 14127

Pay Date:   03/03/2022

**THIS IS NOT A CHECK**

Deposited to the account        account number    transit/ABA    amount
Savings DirectDeposit            XXXXXX5607       XXXXXXXXX      1000.03

DENISE PACITTI
114 SUZETTE DRIVE
CHEEKTOWAGA, NY 14227

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / KL2 20931933 | 01/ | 6897075 | 1 of 1 |

MARK E SWETZ MD P C
3065 South Western Blvd
Ste 206
Orchard Park, NY 14127

# Earnings Statement

**ADP**

Period Starting: 02/27/2022
Period Ending: 03/12/2022
Pay Date: 03/17/2022

Business Phone: 716-674-1414

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0      Federal:
  State: 0        State:
  Local: 0        Local:
Social Security Number: XXX-XX-XXXX

**DENISE PACITTI**
**114 SUZETTE DRIVE**
**CHEEKTOWAGA, NY 14227**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 74.50 | 1266.50 | 6893.50 |
| Overtime | 25.5000 | 0.75 | 19.13 | 82.88 |
| Vacation | | | 0.00 | 408.00 |
| Sick | | | 0.00 | 680.00 |
| **Gross Pay** | | | **$1,285.63** | **$8,064.38** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -121.67 | 770.82 |
| Social Security | -79.71 | 499.99 |
| Medicare | -18.64 | 116.93 |
| New York State Income | -48.11 | 308.54 |
| New York Paid Family Leave | -6.57 | 41.22 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 7.20 |
| *SIMPLE IRA % | -38.56 | 241.91 |

| Net Pay | | $971.17 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *SIMPLE IRA % employer | 38.56 | 241.91 |
| Total Hours Worked | 75.25 | 408.75 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5607 | XXXXXXXXX | 971.17 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,247.07
* Excluded from Federal taxable wages

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MARK E SWETZ MD P C
3065 South Western Blvd
Ste 206
Orchard Park, NY 14127

Pay Date: 03/17/2022

Deposited to the account
Savings DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5607 | XXXXXXXXX | 971.17 |

THIS IS NOT A CHECK

DENISE PACITTI
114 SUZETTE DRIVE
CHEEKTOWAGA, NY 14227